UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>OSCAR ROSAS-BELTRAN,<br><br>            Defendant. | Case No.: 05-185M<br><br>DETENTION ORDER |

Offense charged:

      Count I:   Unlawful entry, first offense — violation of 8 U.S.C. § 1325(a)(2).

      Count II:   Unlawful entry, second offense — violation of 8 U.S.C. § 1325(a)(2).

Date of Detention Hearing:   Initial Appearance, 4/20/2005.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.  If new issues surface, then the defendant may request another hearing on release.

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      (1)   In the Pretrial Services Report of April 20, 2005, criminal records are cited that reflect prior offenses under the names of Carlos Antonio Melgar-Acosta and Oscar Rosas-Beltran.

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                       Rev. 1/91
PAGE 1

In addition, the defendant is associated with six alias names and five dates of birth.

    (2) Defendant appears to have no substantial ties to the community or to the Western District of Washington.

    (3) The defendant has stipulated to detention due to the detainer placed on defendant by the Bureau of Immigration and Customs Enforcement, but reserves the right to the possibility of a subsequent motion for release if there is a change of circumstances.

    (4) No conditions or combination of conditions are apparent that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

    (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of April, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91